**Appeal Reinstated and Order filed November 10, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-10-00974-CV

———————

### SUTAPA GHOSH AND CENEMAWALLA, INC., Appellants

### V.

### PAWAN GROVER, M.D., 87 MINUTES PRODUCTION, L.L.C. AND PAV ENTERTAINMENT, L.L.C., Appellees

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2008-40721**

# R E I N S T A T E M E N T   O R D E R

Appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 10-33891. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on October 15, 2010, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On November 2, 2011, appellee filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order dismissing the bankruptcy case.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

The record is due to be filed with the clerk of this court on or before **December 12, 2011**.


PER CURIAM